No. 811, Misc. CLARK v. ADAMS, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 826, Misc. BULLOCK v. UNITED STATES. Court of Claims. Certiorari denied. *Francis P. Keiper, Helen F. Keiper* and *James H. Littlepage* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Alan S. Rosenthal* for the United States.

No. 830, Misc. TAFARELLA v. HAND, WARDEN. Supreme Court of Kansas. Certiorari denied.

No. 839, Misc. WILLIAMS v. CALIFORNIA. District Court of Appeal of California, Second Appellate District. Certiorari denied. *Caryl Warner* for petitioner. *Stanley Mosk,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Philip C. Griffin,* Deputy Attorney General, for respondent.

No. 844, Misc. HAINES v. BANMILLER, WARDEN. Supreme Court of Pennsylvania. Certiorari denied.

No. 969, Misc. STICKNEY v. TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *O. John Rogge* for petitioner. *Will Wilson,* Attorney General of Texas, *Riley Eugene Fletcher,* Assistant Attorney General, and *James N. Ludlum,* First Assistant Attorney General, for respondent.